# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| SHANNON BRADLEY, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:13-cv-127 |
| v. | * | |
| COI REGINALD JACKSON, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's November 16, 2015, Report and Recommendation, dkt. no. 71, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court.

The Court **DENIES** Plaintiff's Motion to Make a More Definite Statement of Claim, dkt. no. 67, and **DENIES** Plaintiff's Motion for Leave to Appeal *in Forma Pauperis*, dkt. no. 68.

**SO ORDERED**, this 25 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA