# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

SHANNON BRADLEY,     *
                              *
      Plaintiff,         *     CIVIL ACTION NO.: 5:13-cv-127
                              *
v.                             *
                              *
COI REGINALD JACKSON,     *
                              *
      Defendant.       *

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 77, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **GRANTS** Defendant Jackson's Motion to Dismiss, **DISMISSES** Plaintiff's Complaint, as amended, without prejudice, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this 17 day of May, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)